IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO JEREMAIN WALLACE, # 155723, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:16cv916-WHA |
| ) | |
| JOHN CROWE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On November 30, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1)  The Recommendation (Doc. # 3) is ADOPTED; and

(2)  This case is TRANSFERRED to the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 18th day of January 2017.

　　　　　　　　　　　　　　　　 /s/  W. Harold Albritton
　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE